[No. 48329-7-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. REA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-1-00425-7, Daniel Goodell, J., entered December 1, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 48468-4-II.   Division Two.   July 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY EUGENE BAIER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00420-2, Jeanette Dalton, J., entered January 15, 2016. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 48502-8-II.   Division Two.   July 11, 2017.]

TAMIKA BOONE ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-05439-8, Ronald E. Culpepper, J., entered January 20, 2016. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ. Now published at 200 Wn. App. 723.

[No. 48709-8-II.   Division Two.   July 11, 2017.]

*In the Matter of the Personal Restraint of* RONALD MENDES, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.